# Nicoletti Spinner Ryan Gulino Pinter LLP

Attorneys at Law
555 Fifth Avenue 8th Floor
New York, New York 10017

Telephone (212) 730-7750
Facsimile (212) 730-7850

New Jersey Office:
One University Plaza, Suite 412
Hackensack, New Jersey 07601

**Application Granted**

Valerie Figueredo, U.S.M.J.
DATED: 9-7-2022

The conference scheduled for September 27, 2022 is hereby rescheduled to Wednesday, October 12, 2022 at 10:30 a.m.. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808-6929; access code 9781335. The Clerk of Court is respectfully directed to close the motion at ECF No. 12. SO ORDERED.

**Via ECF**

Hon. Valerie Figueredo
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

Re: Accredited Surety and Casualty Company, Inc. v. The Travelers Property Casualty Company of America, et al.
Civil Action No.: 1:22-cv-05301-ALC -VF
Our File          :          20318.00312

Dear Judge Figueredo:

This office represents the defendant, Accredited Surety and Casualty Co., in the above-referenced litigation.

We are writing to request an adjournment of the Initial Conference, currently scheduled for September 27, 2022, at 11:00 am. The undersigned is unavailable on that day due to religious observance of the Jewish New Year.

**The attorney for the defendants has consented to this application.** After consultation, all counsel is available on October 3 or 7, 2022 should those dates be convenient for the Court.

No prior request was made to adjourn the Initial Conference. This request will not affect any other Court-scheduled appearances or deadlines.

We appreciate the Court's consideration of this application.

Respectfully submitted,

/s/ Edward S. Benson

Edward S. Benson, Esq.  (NY Bar # 2556124)

c.c. via ECF:
All Counsel of Record